[No. 33895-1-I.   Division One.   December 4, 1995.]

SALDIN SECURITIES, INC., ET AL., *Appellants*, v.
SNOHOMISH COUNTY, ET AL., *Respondents*.

SNOHOMISH COUNTY, *Appellant*, v. SALDIN SECURITIES,
INC., *Respondent*.

The decision in the above captioned case which appeared in the advance sheets at 79 Wn. App. 932-43 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated February 12, 1996, directing that the opinion be withdrawn. *See* 80 Wn. App. 522.